**STATE of Missouri,
Plaintiff/Respondent,**

v.

**John ARMSTEAD III,
Defendant/Appellant.**

**No. ED 102169**

Missouri Court of Appeals,
Eastern District,
*DIVISION FOUR.*

Filed: February 9, 2016

Karen L. Kramer, P.O. Box 899, Jefferson City, MO 65102, for Plaintiff/Respondent.

Samuel E. Buffaloe, 1000 West Nifong, Building 7, Suite 100, Columbia, MO 65203, for Defendant/Appellant.

Before Lisa S. Van Amburg, C.J., Sherri B. Sullivan, J., and Kurt S. Odenwald, J.

*ORDER*

PER CURIAM.

John Armstead III (Appellant) appeals from the trial court's judgment entered after a jury trial convicting him of robbery in the first degree and armed criminal action. We have reviewed the briefs of the parties and the record on appeal and conclude the State presented sufficient evidence to support the trial court's judgment. *State v. Almaguer,* 347 S.W.3d 636, 639 (Mo.App.E.D. 2011). An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Missouri Rule of Criminal Procedure 30.25(b).

■

**Jerrim JOHNSON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**WD 78254**

Missouri Court of Appeals,
Western District.

ORDER FILED: February 16, 2016

Damien De Loyola, Kansas City, MO, Counsel for Appellant.

Richard Starnes, Jefferson City, MO, Counsel for Respondent.

Before Division Three: James Edward Welsh, P.J., Joseph M. Ellis, and Thomas H. Newton, JJ.

**ORDER**

Per Curiam:

Jerrim Johnson appeals the circuit court's judgment denying his Rule 29.15 motion for post-conviction relief following an evidentiary hearing. We affirm the circuit court's judgment. Rule 84.16(b).